**Opinion filed February 21, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00031-CV

_____

## CAROL JOHNENE MORRIS, Appellant

## V.

## MIDLAND CENTRAL APPRAISAL DISTRICT, Appellee

**On Appeal from the 142nd District Court**

**Midland County, Texas**

**Trial Court Cause No. TX13106**

### MEMORANDUM OPINION

Carol Johnene Morris filed a pro se notice of appeal from an order of partial dismissal that was entered by the trial court on December 31, 2012. We notified Morris by letter dated January 30, 2013, that it did not appear to this court that a final, appealable order had been entered by the trial court, and we requested that Morris file a response showing grounds to continue this appeal. Morris filed a response on February 11. However, she has not shown appropriate grounds to continue.

Unless specifically authorized by statute, appeals may be taken only from final judgments. *Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840–41 (Tex. 2007);

*Lehmann v. Har-Con Corp.*, 39 S.W.3d 191 (Tex. 2001). In this case, the trial court merely ordered that "this case is dismissed only as to the Properties listed below." The dismissal was entered without prejudice to the ability of the plaintiff, Midland Central Appraisal District, to refile the cause of action against Morris at a later date. The order specifically states that the remaining causes of action as to all other property may be further prosecuted. Morris suggests in her response that the trial court's order constituted a severance order rendering judgment for the plaintiff. We disagree. There is no indication that the trial court intended for the order to be final and appealable, and it is not. Because no final, appealable order has been entered in this case, we lack jurisdiction and dismiss this appeal. *See* TEX. R. APP. P. 42.3.

Accordingly, the appeal is dismissed for want of jurisdiction.

PER CURIAM


February 21, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.

2